**Order entered September 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00383-CV

### IN THE INTEREST OF C.S.D., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-50971-2019**

### ORDER

Before the Court is appellant's August 31, 2020 unopposed second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 14, 2020.

/s/    KEN MOLBERG
        JUSTICE